UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHLEEN ANN SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA (THE),<br><br>    Defendant. | Case No. 5:15-cv-05148-BLF<br><br>**CASE MANAGEMENT ORDER** |

On March 24, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Hearing on Administrative Record | 01/06/2017 at 9:00 am |
| Final Pretrial Conference | n/a |
| Trial | n/a |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.

Dated: March 24, 2016

_____
BETH LABSON FREEMAN
United States District Judge